# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3612

_____

| | | |
|---|---|---|
| Joe Wells, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Christian Hospital, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: October 6, 2004
Filed: October 13, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Joe Wells appeals the district court's[1] adverse grant of summary judgment in his action under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213, against his former employer. Having carefully conducted de novo review, see Meyers v. Neb. Health and Human Servs., 324 F.3d 655, 658-59 (8th Cir. 2003), we agree with the district court that the instant complaint is untimely, and that neither Wells's illness nor his lack of counsel during the period of time when he was required to file his suit justifies equitable tolling of the limitations period. We also find no

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

abuse of discretion in the district court's refusal to appoint counsel for Wells in this case.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Wells's pending motions.

_____